IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BEVERLY M. BROWN                                                            PLAINTIFF

V.                                                  CIVIL ACTION NO.: 3:20-CV-151-SA-JMV

PANOLA MEDICAL CENTER                                    DEFENDANT

ORDER

On February 2, 2021, the Court granted Brown "twenty-one (21) days from today's date to complete service of process on the Defendant and file on the docket a return indicating that she has done so." Order [12], p. 2. The Court specifically advised Brown that failure to do so would result in her case being dismissed *without prejudice*. *Id*.

Despite the passage of twenty-one days since the entry of the Court's Order [12], Brown has not filed anything on the docket indicating that she has completed service of process on the Defendant. Therefore, the Court adopts in full Magistrate Judge Virden's Report and Recommendation [9]. The Plaintiff's claims are dismissed *without prejudice*. This CASE is CLOSED.

SO ORDERED, this the 24th day of February, 2021.

                                                         /s/ Sharion Aycock
                                                         UNITED STATES DISTRICT COURT JUDGE